# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PHILIP ANGUS,<br><br>on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>FLAGSTAR BANK, FSB,<br>a Michigan-based federally chartered stock savings bank,<br><br>        Defendant. | Case No.: 4:22-cv-11385-SDK-KGA<br><br>Hon. Shalina D. Kumar |

## *COUSINO* PLAINTIFFS' RESPONSE TO FIFTH MOTION TO CONSOLIDATE CASES (ECF No. 14)

On July 21, 2022, Plaintiff Philip Angus, a party to this action, filed a Fifth Motion to Consolidate Cases ("Motion to Consolidate"), moving to consolidate this action with *Cousino v. Flagstar Bank*, FSB, No. 2:22-cv-11619-VAR-KGA ("*Cousino* Action") pending, at that time, before the Hon. Victoria A. Roberts. (ECF No. 14). Thereafter, Judge Roberts reassigned the *Cousino* Action to this Court (Case No. 2:22-cv-11619 at ECF No. 5)

Pursuant to Fed. R. Civ. P. 42(a), the decision "whether or not to consolidate cases involving the same factual or legal questions for trial is a matter within the

discretion of the trial court." *Technical Sales Assocs., Inc. v. Ohio Star Forge Co.*, No. 08-13365, 2008 WL 4791885, at *2 (E.D. Mich. Oct. 29, 2008) (citing *Cantrell v. GAF Corp.*, 999 F.2d 1007, 1011 (6th Cir. 1993)). In addition, Eastern District of Michigan Local Rule 42.1(a)(2) provides that "[t]he district judge presiding in the earliest numbered case will decide the motion." Consistent with the foregoing, Plaintiffs in the *Cousino* Action do not oppose consolidation.

| | |
|---|---|
| Dated: August 4, 2022 | Respectfully submitted, |
| | */s/ E. Powell Miller* <br> E. Powell Miller (P39487) <br> Sharon S. Almonrode (P33938) <br> **THE MILLER LAW FIRM, P.C.** <br> 950 West University Drive, Suite 300 <br> Rochester, MI 48307 <br> Telephone: (248) 841-2200 <br> Fax: (248) 652-2852 <br> epm@millerlawpc.com <br> ssa@millerlawpc.com <br><br> Joseph H. Meltzer <br> Melissa L. Troutner <br> Ethan J. Barlieb <br> **KESSLER TOPAZ MELTZER & CHECK, LLP** <br> 280 King of Prussia Road <br> Radnor, PA 19087 <br> Telephone: (610) 667-7706 <br> Fax: (610) 667-7056 <br> jmeltzer@ktmc.com <br> mtroutner@ktmc.com <br> ebarlieb@ktmc.com |

        Gretchen Freeman Cappio (P84390)
        Ryan P. McDevitt (P84389)
        Sydney Read
        **KELLER ROHRBACK L.L.P.**
        1201 Third Avenue, Suite 3200
        Seattle, WA 98101
        Telephone: (206) 623-1900
        Fax (206) 623-3384
        gcappio@kellerrohrback.com
        rmcdevitt@kellerrohrback.com
        sread@kellerrohrback.com

        *Attorneys for Plaintiffs Alexis and*
        *George Cousino*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ E. Powell Miller*
E. Powell Miller