# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PHILIP ANGUS,<br><br>on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>FLAGSTAR BANK, FSB,<br>a Michigan-based federally chartered stock savings bank,<br><br>       Defendant. | Case No.: 4:22-cv-11385-SDK-KGA<br><br>Hon. Shalina D. Kumar |

## *COUSINO* PLAINTIFFS' RESPONSE TO MOTION TO SET BRIEFING SCHEDULE FOR MOTIONS TO APPOINT INTERIM LEAD COUNSEL

Plaintiffs in *Cousino v. Flagstar Bank, FSB*, No. 2:22-cv-11619-VAR-KGA ("*Cousino* Plaintiffs") hereby respond to Plaintiff Philip Angus's Motion to Set Briefing Schedule for Motions to Appoint Interim Lead Counsel ("Motion") (ECF No. 16).

The *Cousino* Plaintiffs reiterate that they do not oppose consolidation with this action. *See* ECF No. 15, *Cousino* Plaintiffs' Response to Fifth Motion to Consolidate Cases. However, the relief sought by Plaintiff Angus is premature at this juncture, as this Court has not yet entered an order consolidating all related

matters. Moreover, the *Cousino* Plaintiffs were not informed of Plaintiff Angus's Motion and, as a result, only recently learned of the relief sought therein. Therefore, if this Court is inclined to permit motions to appoint interim lead counsel at this time, Plaintiffs respectfully request that any deadline be set to, at the very least, **October 28, 2022**, to ensure that all interested parties have a sufficient opportunity to consider and submit such motions to this Court. The *Cousino* Plaintiffs further request that the page limit for any brief in support of a motion for the appointment of interim lead counsel remain at 25 pages, in accordance with Eastern District of Michigan Local Rule 7.1(d)(3)(A).

Dated: October 4, 2022

Respectfully submitted,

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com

Joseph H. Meltzer
Melissa L. Troutner
Ethan J. Barlieb
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087

Telephone: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
mtroutner@ktmc.com
ebarlieb@ktmc.com

Gretchen Freeman Cappio (P84390)
Ryan P. McDevitt (P84389)
Sydney Read
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
sread@kellerrohrback.com

*Attorneys for Plaintiffs Alexis and George Cousino*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ E. Powell Miller*
E. Powell Miller
