UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Philip Angus,<br>        Plaintiff,<br>   v.<br>Flagstar Bank FSB,<br>        Defendant. | Case No. 4:22-cv-11385 |
| Scott Temple, *et al*.,<br>        Plaintiffs,<br>   v.<br>Flagstar Bank, FSB, *et al*.,<br>        Defendants. | Case No. 4:22-cv-11395 |
| Dana Robbins, *et al*.,<br>        Plaintiffs,<br>   v.<br>Flagstar Bankcorp., Inc., *et al*.,<br>        Defendants. | Case No. 4:22-cv-11423 |
| Mark Wiedder,<br>        Plaintiff,<br>   v.<br>Flagstar Bank, FSB,<br>        Defendant. | Case No. 4:22-cv-11446 |
| John Scott Smith,<br>        Plaintiff,<br>   v.<br>Flagstar Bancorp, Inc, *et al*.,<br>        Defendants. | Case No. 4:22-cv-11465 |
| Allie McLaughlin,<br>        Plaintiff,<br>   v.<br>Flagstar Bancorp, Inc., *et al*.,<br>        Defendants. | Case No. 4:22-cv-11470 |

| | |
|---|---|
| Danny Roll,<br>   Plaintiff,<br> v.<br>Flagstar Bancorp Inc,<br>   Defendant. | Case No. 4:22-cv-11502 |
| Michael McCarthy,<br>   Plaintiff,<br> v.<br>Flagstar Bank, FSB,<br>   Defendant. | Case No. 4:22-cv-11536 |
| Everett Turner,<br>   Plaintiff,<br> v.<br>Flagstar Bank, FSB,<br>   Defendant. | Case No. 4:22-cv-11539 |
| Christopher McKenney,<br>   Plaintiff,<br> v.<br>Flagstar Bank, FSB,<br>   Defendant. | Case No. 4:22-cv-11541 |
| Michael Perkaj,<br>   Plaintiff,<br> v.<br>Flagstar Bancorp, Inc, *et al.*,<br>   Defendants. | Case No. 4:22-cv-11569 |
| Paulette Kincaide,<br>   Plaintiff,<br> v.<br>Flagstar Bank, FSB,<br>   Defendant. | Case No. 4:22-cv-11583 |
| Alexis Cousino, *et al.*,<br>   Plaintiffs,<br> v. | Case No. 4:22-cv-11619 |

| | |
|---|---|
| Flagstar Bank, FSB,<br>　　　　　Defendant. | |
| Thomas Pike, *et al.*,<br>　　　　　Plaintiffs,<br>　　　v.<br>Flagstar Bank,<br>　　　　　Defendant. | Case No. 4:22-cv-11642 |
| Nathan Silva,<br>　　　　　Plaintiff,<br>　　　v.<br>Flagstar Bank, FSB,<br>　　　　　Defendant. | Case No. 4:22-cv-11729 |
| Rafael Hernandez,<br>　　　　　Plaintiff,<br>　　　v.<br>Flagstar Bancorp, Inc., *et al.*,<br>　　　　　Defendants. | Case No. 4:22-cv-11887 |
| Scott Myers,<br>　　　　　Plaintiff,<br>　　　v.<br>Flagstar Bank FSB,<br>　　　　　Defendant. | Case No. 4:22-cv-12180 |
| Chris Key,<br>　　　　　Plaintiff,<br>　　　v.<br>Flagstar Bank FSB,<br>　　　　　Defendant. | Case No. 4:22-cv-12689 |
| Valeriano Saucedo,<br>　　　　　Plaintiff,<br>　　　v.<br>Flagstar Bank FSB,<br>　　　　　Defendant. | Case No. 4:22-cv-12711 |

3

## Order Consolidating Cases and
## Setting Briefing Schedule for Motions to Appoint Interim Lead Counsel

From June 22, 2022 through November 9, 2022, nineteen (19) cases (the "Related Cases") were filed in or transferred to this District, each of which brings claims arising from an alleged data security incident that occurred in or around December 2021 and that Flagstar Bank announced in or around June 2022.

Plaintiffs and Defendants in each of the Related Cases stipulate that the Related Cases should be consolidated and that the Court should consider motions to appoint interim lead counsel before a consolidated amended complaint is filed. *See* Fed. R. Civ. P. 23(g)(3).

**ACCORDINGLY, IT IS ORDERED** as follows:

(1)   Civil Case Nos. 4:22-cv-11395, 4:22-cv-11423, 4:22-cv-11446, 4:22-cv-11465, 4:22-cv-11470, 4:22-cv-11502, 4:22-cv-11536, 4:22-cv-11539, 4:22-cv-11541, 4:22-cv-11569, 4:22-cv-11583, 4:22-cv-11619, 4:22-cv-11642, 4:22-cv-11729, 4:22-cv-11887, 4:22-cv-12180, 4:22-cv-12689, 4:22-cv-12711 are **CONSOLIDATED** with Civil Case No. 4:22-cv-11385.

(2)   All future filings shall be made in the docket of the first-filed action, 4:22-cv-11385, under the caption "In re Flagstar December 2021 Data Security Incident Litigation" (referred to hereinafter as the "Consolidated Action").

(3)   No further filings shall be made in the other Related Cases, which shall be administratively closed. All pleadings therein maintain their legal relevance until the filing of a consolidated amended complaint in the Consolidated Action.

(4)   Any party seeking to file a motion to appoint interim lead counsel shall file such motion, not to exceed twenty (20) pages, within fourteen (14) days of this Order or by January 9, 2023, whichever is the later.  Counsel may include a short resume for each party to the proposed leadership as exhibits.  Any party seeking to file a response to any such motion shall first file a

4

motion requesting leave from the Court to file such response, explaining why such response is necessary. Only after the granting of leave may the response be filed.

(5) Within thirty (30) days of the Court entering an Order appointing interim lead counsel, interim lead counsel shall file a consolidated amended complaint in the Consolidated Action.

(6) Within sixty (60) days from the date on which interim lead counsel file the consolidated amended complaint, Defendants shall file their response to the consolidated amended complaint.

**SO ORDERED.**

Dated: December 19, 2022

s/Shalina D. Kumar
Hon. Shalina D. Kumar
United States District Judge