UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re Flagstar December 2021 Data Security Incident Litigation | Case No. 4:22-cv-11385<br><br>Hon. Shalina D. Kumar<br>Magistrate Judge Kimberly G. Altman |

## ORDER CONSOLIDATING CASES

*Saravenaz Safai, et al. v. Flagstar Bancorp, Inc. et al.*, 4:23-cv-10241 raises common questions of law and fact as this action as it arises from the same data breach and asserts similar claims on behalf of individuals whose information was impacted by the data breach. Plaintiff Sarvenaz Safai first filed her complaint in the Superior Court of the State of California for the County of Orange on June 27, 2022. Defendants Flagstar Bancorp, Inc. and Flagstar Bank, FSB removed the case to the United States District Court for the Central District of California on January 26, 2023. On January 30, 2023, Judge Carter of the Central District of California ordered the action transferred to the Eastern District of Michigan based on the parties' joint stipulation and good cause. The action was transferred on January 31, 2022, and soon thereafter reassigned to this Court as a companion case to *In re Flagstar December 2021 Data Security Incident Litigation*, No. 4:22-cv-11385 (the "Consolidated Action").

Plaintiff Sarvenaz Safai and Defendants Flagstar Bancorp, Inc. and Flagstar Bank, FSB are in agreement that *Safai*, 4:23-cv-10241 should be consolidated with the Consolidated Action, and on February 17, 2023, Defendants Flagstar Bancorp, Inc. and Flagstar Bank, FSB moved to consolidate *Safai*, 4:23-cv-10241 with the Consolidated Action.

**ACCORDINGLY, IT IS ORDERED** as follows**:**

1

    (1)    Civil Case No. 4:23-cv-10241 is consolidated with Civil Case No. 4:22-cv-11385.

    (2)    No further filings shall be made in *Safai*, 4:23-cv-10241 which shall be administratively closed. All pleadings therein maintain their legal relevance until the filing of a consolidated amended complaint in the Consolidated Action.

**SO ORDERED.**

DATED: May 16, 2023

s/Shalina D. Kumar  
Hon. Shalina D. Kumar  
U.S. District Court Judge