**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re Flagstar December 2021 Data Security Incident Litigation

Case No. 4:22-cv-11385

Hon. Shalina D. Kumar
Magistrate Judge Kimberly G. Altman

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

| Exhibit | Exhibit Description |
|---|---|
| **A** | Declaration of Jennifer Charters, July 21, 2023 |
| **B** | Declaration of William Hardin, July 24, 2023 (UNREDACTED VERSION FILED UNDER SEAL) |