# EXHIBIT B

## REDACTED VERSION OF DOCUMENT TO BE SEALED

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re Flagstar December 2021 Data Security Incident Litigation | Case No. 4:22-cv-11385<br><br>Hon. Shalina D. Kumar<br>Magistrate Judge Kimberly G. Altman<br><br>**DECLARATION OF WILLIAM HARDIN** |

I, William Hardin, declare under penalty of perjury:

**Background**

1. I have served as a Vice President in CRA International, Inc.'s ("CRA") Forensic Services practice for the past eight years. I have led thousands of cyber extortion investigations.

2. CRA is a global consulting firm with over 700 professionals specializing in providing economic, accounting, financial, and management consulting services. CRA assists clients on economic, accounting, and financial matters pertaining to litigation and regulatory proceedings.

3. I have over twenty two years of professional experience related to information technology and computer systems including over sixteen years of professional experience in digital forensics, incident response, and the preservation and analysis of electronic evidence.

4. I have investigated thousands of matters involving cyber extortion and numerous cyber extortion events which arose from the ransomware crime syndicates.

5. I have managed and supported cyber investigations into individuals to identify whether an individual's data was available in underground cyber markets.

6. A complete and current copy of my curriculum vitae is attached as Exhibit A to this declaration.

7. My findings are based upon information available to me as of the date of this declaration. This declaration and all supporting analyses that I deemed necessary have been prepared either directly by me or by CRA staff working under my supervision and direction.

8. In addition to the materials identified in this declaration, my findings are based on my experience, training, education, and knowledge in the fields of information security, incident response, and digital forensics. My review also included the analysis performed by CRA's Cyber Intelligence team.

9. On October 28, 2022, Skadden, Arps, Slate, Meagher & Flom LLP retained CRA to perform research on Flagstar Bancorp, Inc. and Flagstar Bank, FSB (together, "Flagstar"). The purpose of this research was to identify if any information from Flagstar was available for sale, or otherwise available electronically.

10. [redacted]

11. [redacted]

[redacted]

12. [redacted]

13. [redacted]

[redacted]

14. On December 31, 2021, Flagstar agreed to a price, and subsequently paid Shao that same day. The terms of this agreement included:

i. Access provided to Flagstar to delete the data held by Shao on its own, and a guarantee that there are no other copies of the data in anyone outside of Flagstar's possession.

ii. A promise to keep the incident confidential, including not posting Flagstar's data anywhere, and

iii. A promise never to attack Flagstar again.

15. I have negotiated thousands of matters involving cyber extortion including cyber extortion which arose from a variety of ransomware crime syndicates. In these matters, it has become increasingly common for these ransomware crime syndicates to steal data to perform a "Lock and Leak" attack.

16. A "Lock and Leak" attack "Locks" the files on the network, making them inaccessible then steals data to "Leak" for the purpose of shaming a victim company. This "Lock and Leak" technique was used by Shao and Yanluowang.

17. As a condition of payment for groups that leverage the "Lock and Leak" technique, the ransomware crime syndicate promises to destroy the stolen data. In

Shao and Yanluowang matters I have worked, I have not observed data leaked by Shao or Yanluowang on the Dark Web after an extortion payment has been made.

**Flagstar Analysis**

18. [redacted]

19. A Surface Web website is accessible directly on the Internet and indexed by common Internet search engines such as Google, Bing, Yahoo!, or others.

20. A Deep Web website is accessible directly on the Internet and not indexed by common Internet search engines such as Google, Bing, Yahoo!, or others. Deep Web websites can also include Surface Web websites and provide a marketplace to exchange information for credits, cryptocurrency, or other information.

21. A Deep Dark Web website is hosted on an anonymous network, such as The Onion Router ("TOR") and requires a special network connection to access.

22. In order to search Deep Web and Deep Dark Web websites, CRA's Cyber Intelligence team maintains identities that have active reputations. These identities have been developed over time and follow strong operational security procedures to distance the identities from CRA's Cyber Intelligence team. The identities are also required as the Deep Web and Deep Dark Web websites often restrict access to identities that are "known" and have an active reputation.

23. In order to search the Deep Dark Web websites, CRA's Cyber Intelligence team leverages anonymous network services such as special computer configurations that prevent historical tracking, Virtual Private Networks ("VPN"), and connections to the TOR network. These Deep Dark Web websites have special Web addresses that end in ".onion" suffix, as listed in Exhibit B and in Exhibit C.

24. [redacted]

25. CRA notes that "CL0P" uses a "slow leak" technique to partially release information over a long time. These postings do not reference newly stolen data, but rather are an effort to maximize the impact of stolen data.

26. Skadden informed CRA that Flagstar used the Accellion file transfer tool. Starting in December of 2020, CL0P executed a broad attack against many Accellion customers using the file transfer tool, this attack resulted in a significant number of postings on the CL0P blog, for those who did not make payment, including Flagstar.

27. I opine that Shao kept to the agreement and did not post, sell, or otherwise make available Flagstar's data from the Cyber Incident.

**Person of Interest Analysis**

28. [redacted]

29. [redacted]

30. [redacted]

31. [redacted]

32. [redacted]

33. [redacted]

34. [redacted]

[redacted]

[redacted]

35. [redacted]

[redacted]

36. [redacted]

37. [redacted]

38. [redacted]

39. [redacted]

40. [redacted]

41. [redacted]

42. [redacted]

43. [redacted]

44. [redacted]

45. [redacted]

[redacted]

46. [redacted]

47. [redacted]

48. [redacted]

49. [redacted]

[redacted]

50. [redacted]

51. [redacted]

52. [redacted]

53. [redacted]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24 day of July 2023, at Chicago, IL.

William Hardin

# EXHIBIT A


## William A. Hardin

Vice President

+1-312-619-3309
bhardin@crai.com

MBA,
University of Chicago Booth School of Business

MS, Accountancy
Mississippi State University

BA,
Mississippi State University


Bill Hardin has worked on thousands of data incident/data breach cases and hundreds of forensic engagements in the areas white collar crime, FCPA investigations, and enterprise risk management. Many of his cases have been mentioned in The Wall Street Journal, Financial Times, Forbes, and Krebs on Security, amongst other publications. With a background in finance, operations, and software development, he brings valuable insights to clients from multiple dimensions.

In addition to his forensic engagement assignments, Bill has served in over hundred interim management roles for organizations experiencing disruption. He has assisted companies with various management consulting assignments pertaining to strategy, operations, and software implementations.

He leds the cyber due diligence practice that has consulted on hundreds of acquisitions for private equity companies and organizations looking to expand operations.

Mr. Hardin has spoken at hundreds of events on cybercrime, risk management, and strategy/operations consulting. He serves on the board for Legal Prep Charter Schools.

## Industry experience

| | | |
|---|---|---|
| • Automotive | • Government | • Oil Services |
| • Banking | • Healthcare | • Office Supplies |
| • Biotechnology | • Insurance | • Pharmaceuticals |
| • Broker/Dealers | • Higher Education | • Professional Services |
| • Construction Engineering | • Hospitals | • Real Estate |
| • Consulting | • Hotels/Casinos/Resorts | • Scrap Metal and Recycling |

| | | |
|---|---|---|
| • Consumer Products | • Life Sciences | • Semiconductors |
| • Financial Services | • Logistics | • Utilities |

## Data Incident, data breach, business interruption, and theft of trade secret investigations/compliance matters

**Having worked on over thousand data incident/breach cases, the following are case highlights relating to significant matters.**

- On behalf of the general counsel of a Fortune 150 organization, investigated a data breach associated with global operations. Our team quantified the risk exposure pertaining to operations, negotiated with the threat actor to purchase a decryption key, deployed EDR software to over 40,000 devices, identified the indicators of compromise, assisted with creating a risk management plan, and worked with various law enforcement agencies. In addition, we presented to the board of directors, built out a security roadmap, and notified over 10 Million individuals that their information was compromised by the threat actor.
- On behalf of the general counsel of a State Agency, investigated a nation state attack against this State Agency. We deployed EDR software to over 30,000 devices, identified the indicators of compromise, assisted with creating a risk management plan, and worked with various law enforcement agencies.
- On behalf of the general counsel of a Fortune 500 financial organization, investigated a data incident that could have impacted hundreds of millions of clients. Over an eight (8) month period, our team investigated the data transfers of information, reviewed over 100 terabytes of information pertaining to log files and applications files, interviewed over 80 individuals, reviewed over 400 laptops, and collaborated with counsel on a go forward plan with respect to information security.
- On behalf of the general counsel for a social media company, investigated a data breach of over 110 million clients. In conjunction with counsel, responded to regulatory inquiries from the FTC, DOJ, FBI, SEC, State AG's as well as 13 foreign regulators. Assisted the company with creating a go forward plan as well as lessons learned for management.
- Investigated a ransomware event for a global telecommunications company. Our team determined the source of the intrusion, negotiated with the threat actor to acquire a decryption key, contained and eradicated the threat by deploying end point detection response tools, determined the impact to the organization from a go forward basis, assisted the client with remediation efforts, coordinated efforts with law enforcement, and provided a security road map to the board.
- Accessed a disputed insurance claim in excess of $100 million in business interruption losses claimed by a hospitality and casino gaming company after a cyber-attack. Claim includes lost business income and extra expense associated with various aspects of the company's businesses including gaming, hotel, entertainment, food and beverage losses in Las Vegas as well as other US locations.

- Investigated a ransomware event at an international hospitality company impacting operations at hundreds of locations. Our team determined the source of the intrusion, negotiated with the threat actor to acquire a decryption key, determined the impact to the organization from a go forward basis, assisted the client with remediation efforts, and provided a security road map to the board.
- On behalf of the general counsel of a casino, investigated a data extortion event involving operations of the casino floor. After negotiating with the threat actor to acquire a decryption key, our team began the process of decrypting the network, quantified the risk exposure pertaining to the restaurants, hotel, loyal program, and other critical operations, identified the indicators of compromise, assisted with creating a risk management plan, created a notification plan and worked with various law enforcement agencies.
- On behalf of the general counsel for a major university, investigated a data extortion event involving the student population impacting over 14,000 devices. Our team quantified the risk exposure, determined the point of infiltration, and created a risk plan going forward. In working with counsel, we provided regular updates to the board of directors and responded to regulatory inquiries from the Department of Education, FBI, and State AG's.
- On behalf of the general counsel for a major restaurant chain, investigated a data breach involving over 2,000 different locations. Our team deployed malware remediation scripts to over 5,000 end points, quantified the risk exposure, determined how the intruder infiltrated the system, and created a remediation plan to going forward. Our team provided regular updates to the board of directors and various regulatory agencies.
- Our behalf of the general counsel for a major retail operations, investigated a data breach pertaining to the online operations that a previously engaged PCI Forensic Investigator (PFI) did not identify. Our team quickly and efficiently identified hidden application data flows inserted by a hacker, then decoded the stolen information. Finally we worked closely with the client's software development arm to identify the vulnerabilities exploited by the hacker(s) and implement mitigating controls to prevent future attacks.
- On behalf of the general counsel of a regional hospital, investigated the data breach of hundreds of thousands of clients. Our team quantified the risk exposure, determined the point of infiltration, and created a risk plan going forward. In working with counsel, we provided regular updates to the board of directors and responded to regulatory inquiries from the Office of Civil Rights and the FBI.
- On behalf of the CEO of a multi-billion dollar financial services company, investigated a data incident that could have impacted over one million clients. Our team performed a high level risk assessment of the environment, triaged over 3 terabytes of data, and determined what information had been compromised (less than 1% of clients). In working with counsel, we provided regular updates to the board of directors, responded to regulatory inquiries, and created a data security plan for the company.
- On behalf of the general counsel of an electronic health information company, investigated the data breach of over 3.9 million clients. Out team quantified the risk exposure, determined the point of infiltration, and worked with law enforcement. In addition, we worked to help the company with regulatory responses and remediation efforts.

- On behalf of the general counsel of a payroll company, investigated the data breach of hundreds of thousands of client information by a cyber-gang. Our team quantified the risk exposure, determined the point of infiltration, and created a risk plan going forward. In addition, our team performed a code review of the system, installed SourceFire and CloudPassage for ongoing monitoring, and redesigned policies and procedures pertaining to information security.
- On behalf of the general counsel of a global retail operation, investigated a data incident that caused disruption to the operations of 800 locations. Determined that many servers had been encrypted and negotiated with the threat actor to acquire a key to unlock the servers. Actively deployed a remediation plan, quantified the exposure for counsel, responded to regulatory requests, and provided a roadmap for the company to deploy.
- On behalf of legal counsel of Fortune 500 retail organization, investigated a data incident pertaining to over ten million clients. Guided a team of over 5 professionals in reviewing several computers, file shares, and other devices to determine how the incident occurred. Determined that an employee within the HR group had been using confidential information to setup payday loans, credit cards, among other items. Assisted the company with quantifying the potential exposure (less than 1% of clients), established a process to send out notifications for all 50 states and territories, and drafted lessons learned for executive management.
- On behalf of the chief risk officer and legal counsel of a Fortune 500 professional services company, investigated the data breach implications associated the theft of hundreds of thousands of records. Guided a team of over 20 professionals in reviewing 22 different servers to determine how the compromise occurred and created a roadmap to rebuild the environment. Created reports and analysis to defend the company against a breach of contract associated with the incident.
- On behalf of a privately held scrap metal company, reviewed forensically-preserved hard drives, network files, mobile and hard line phone records, chat logs, expense reports, HR records, security access logs, and URL activity for evidence of potential non-compliance by certain former employees with non-compete and non-solicitation agreement obligations. Assisted counsel with legal strategy.
- On behalf of the general counsel of a global consulting company, investigated the potential theft of software code by ex-employees in Beijing. Our team preserved and reviewed over 10 Terabytes of information, conducted extensive interviews with counsel, and assisted our client with legal strategy.
- On behalf of the general counsel of Fortune 100 Pharmaceutical company, investigated the potential theft of intellectual property. Our analysis was conducted in Beijing, Hong Kong, and Shanghai. Our team preserved and reviewed over 5 terabytes of information, conducted over 20 interviews with external counsel, and assisted our client with legal strategy.
- On behalf of the general counsel of Global 1000 Oil and Mining company, investigated the potential theft of trade secrets by former employees. Our analysis was conducted in China, South Africa, Brazil, India, and the US. Our team preserved and reviewed over 2 terabytes of information, conducted interviews, and determined that rogue employees had taken proprietary information. In addition to the ongoing litigation support, we assisted our client with implementing controls and procedures on a go forward basis.

- On behalf of the legal counsel of a Fortune 500 insurance company, reviewed forensically-preserved hard drives, network files, and mobile and hard line phone records for evidence of a private equity firm raiding an office. Created financial models to show projected client losses and assisted counsel with creating various analysis to demonstrate how the brokers were in non-compliance with their non-compete and non-solicitation agreement obligations.
- On behalf of the legal counsel of a Fortune 500 professional services company, reviewed forensically-preserved hard drives, network files, mobile and hard line phone records, chat logs, expense reports, HR records, security access logs, and URL activity for evidence of ex-employees taking proprietary code to setup a competing business.
- On behalf of the legal counsel of a Fortune 500 hospitality company, reviewed shared drives to determine what information was readable accessible for all employees. Determined that credit card, employee information, and other sensitive financial information was not protected. Assisted the company with a data security plan, monitoring, and training program.
- On behalf of the general counsel of a trading company, investigated reporting issues from the production environment. Solution involved a comprehensive two year look back of operations, a review of the change management procedures, simulation of trading activity within a sandbox environment, and weekly reports to management/CFTC.
- On behalf of the legal counsel of a trading company, investigated the data loss of certain trading days. Solution involved reviewing the production environment to determine software development changes, testing of those changes, and access to information systems.

## Strategy and operations

- On behalf of the CFO of a multi-billion dollar logistics company, performed an interim SVP role within the strategy and finance group. Team was responsible for the corporate wide financial planning and analysis, annual budget/quarterly projections, capital investment model, customer profitability, requirements analysis for a software implementation, and other analytical support to executives.
- On behalf of the CEO of a start up company, performed an interim SVP role pertaining to product launch and design. Team was responsible for the corporate wide compliance and risk management. Team provided reports to third parties and regulatory bodies. Assisted with product redesign and operations management.
- On behalf of the CFO of a multi-billion dollar REIT, built out the forecasting and planning models for the company to go public. Working with the executive team, created the board package/investor reports, pitch books, and designed controls/procedures for financial reporting and IT governance risk.
- On behalf of the director of special situations for a Fortune 50 financial services, led a complex assignment for over five years that involved performing a comprehensive review of the business operations of a $60 billion business specialty line. Supervised a team of numerous professionals on over 40 work streams. Assisted with crafting workout strategies and reserve loss positions.
- On behalf of the director of special situations for a Fortune 50 financial services company, performed an implementation project which consisted of the design, production, and support of a proprietary risk management system. Solution consisted of using over 20 different data points to formulate a risk ranking and analysis of thousands of mortgages.

- On behalf of the chairman of an international law firm, designed and implemented a proprietary claims management system for opposing counsel and arbitration panel members to access that contained over 80 different requirements for hundreds of claims.
- On behalf of the CFO of a Global 1000 mining company, restructured the inventory and supply chain for South American Operations. Solution consisted of creating a 100 day plan to address inventory shortages, performing a comprehensive vendor review, understanding workforce needs, working with a law firm to understand regulations within Brazilian states, and determining where to setup the new operations.
- On behalf of the Executive Team of a Fortune 500 company, served on a 14-member collaboration team between two subsidiaries to focus on strategy of joint business development approach and workforce utilization. Assisted with creating scorecards and metrics to determine go to mark strategies as well as selling techniques for selected product groups.
- On behalf of the CFO of a REIT, assisted with a carve-out of a $500 million portfolio. Led a team that created economic models, performed operational due diligence and separation costs analysis, and conducted fit analysis for deployment.
- On behalf of the CFO of private label company, designed the business impact analysis, performed strategy realignment, and led a team of professionals on an integration project on a billion dollar acquisition.
- On behalf of the CIO of a Global 1000 energy company, assisted with determining the strategy for a failed system implementation. Solution involved designing and implementing an architectured solutions approach that the audit committee approved, which enabled the project to meet the new go-live date.
- On behalf of the complex director of claims of a Global 1000 insurance company, designed strategy and rollout of a claims management system. Solution consisted of reviewing the policy provisions to create a waterfall method related to how to process claims related to a specialty program.
- On behalf of the CEO of a Global 1000 media company, led a team of professionals in the reengineering of a business line. Designed the RFP process and vendor selection process for a software deployment. Included framework development, template creation, scorecard, and proof of concept testing. Performed contract negotiations for selected vendors. Developed structural methodology and deployment techniques, facilitated requirement meetings with stake holders, and performed system deployment/operational testing.
- On behalf of the vice president of litigation of a Global 1000 insurance company, created the strategy for a global system rollout pertaining to privacy laws. Assisted counsel with mapping requirements to legal directives, which formulated a project to process approach.
- On behalf of the CFO of a Healthcare REIT, deployed a five year forecast model that incorporated targeted acquisitions. In addition, built out the supplemental schedules for the roadshow and presented projections to the investor community.

## Litigation consulting, forensic accounting, and investigations

- Retained by the director of special situations for a Fortune 50 financial services company to forensically reconstruct the portfolio position of a $5 billion portfolio. Led a team of over 50 professionals by reviewing thousands of documents pertaining to loan agreements, securitization structures, Phase I and Phase II engineering reports, and other correspondences. Designed and implemented a data warehouse along with report writer to provide flexibility with culling information to form defensive and offensive strategies. Reviewed and critiqued opposing expert reports. Built proprietary models to quantify arguments and positions with counsel. Provided support and analysis that led to no payment being made on a $60 million claim filed and reduced another claim filed by the insured by over $300 million.
- Retained by counsel of a multi-billion dollar retailer to investigate a series of accounting issues pertaining to the financial statements. Along with outside counsel, interviewed numerous individuals, led engagement team review of over 3 million documents, and created various financial analysis to present findings and recommendations to the audit committee pertaining to the restatement. Created standard operating procedures to enhance the control environment. Engagement was shadowed by a big four accounting firm.
- Retained by counsel at a Fortune 50 financial services company to lead a team of over 25 professionals to forensically recreated the daily positions of a $3 billion asset backed securitization. Assisted counsel with creating strategies, analysis, and reports pertaining to defending the company against multiple lawsuits as well as inquiries from the Department of Justice and SEC.
- On behalf of the audit committee of a super regional bank, forensically reconstructed many bank accounts that were involved in an ACH scheme. Traced funds in and out of accounts; performed investigative interviews; reviewed wire and AML procedures; and created financial loss projections for reserve purposes. Coordinated information sharing as well as reports with the OTS and FBI.
- On behalf of a multi-billion private investment group, investigated the business operations of one of its major holding companies. Reconstructed the balance sheet, income statement, and cash flow for over 3 years. Created expense account analysis showing various non-business expenses related to the CEO and other members of management. From public records, created a matrix of dozens of companies that the CEO was the registered agent or owner of. Benchmarked salaries, rent, vendors, and outsourcing agreements.
- On behalf of the audit committee of a privately held scrap metal company, investigated asset misappropriations in excess of $3 million for one location. Performed a financial reconstruction to trace all purchases, transfers, and sales of over 100 ferrous and nonferrous products, conducted investigative interviews, preserved and analyzed electronic data in excess of 3 TB, assessed material weaknesses in internal controls, and conducted background searches with multiple vendors. Assisted with creating an operational roadmap for inventory controls to be deployed at the company's 40 different sites.
- On behalf of counsel of a leading pharmaceutical company, led a FCPA review in over 26 countries. Reviewed over 5 years of financial information, preserved and analyzed electronic information from various countries, interviewing key personnel, performed background checks of distributors/agents, and assisting external counsel with gathering facts to report to the DOJ as well as other regulators.

- On behalf of a Global 1000 company, investigated a whistle blower complaint dealing with a member of senior management. Preserved and analyzed electronic data; conducted investigative interviews; and analyzed numerous vendors to determine if kickbacks had occurred. The investigation led to analyzing the books and records of various third parties to review expenses and entertainment provided. Assisted inside counsel and HR with legal strategies pertaining to the exit of the executive.
- On behalf of the audit committee of a Global 2000 financial services firm, investigated allegations contained in an anonymous whistleblower complaint of accounting issues relating to the chief operations officer. Forensically reconstructed the loan portfolio in question, analyzed email, phone records, chat logs; reviewed numerous HR complaints pertaining to the executive; conducted investigative interviews; and analyzed numerous journal entries, including the adequacy of the support and the quality of the underlying technical analysis. Investigated the company hired to perform the loan analysis review. Performed benchmark analysis to comparable firms.
- On behalf of the board of directors of a privately held manufacturing company, investigated the shortfall of revenues related to a targeted acquisition. Reviewed due diligence files; conducted investigative interviews; recreated valuation using different comparables; and performed a deep dive into the records of the entity. Determined that the owner had setup a side business and was servicing the clients through this entity.
- On behalf of the audit committee of a Global 1000 mining company, investigated a whistle blower complaint dealing with members of senior management at a subsidiary in San Paulo, Brazil. Preserved and analyzed electronic data; conducted investigative interviews; and analyzed numerous vendors to determine if kickbacks had occurred. The investigation led to analyzing the books and records of various third parties to review expenses and entertainment provided.
- On behalf of the audit committee of a Global 1000 mining company, led the forensic investigation into inventory practices in the South American operations pertaining to Brazil, Argentina, and Peru. Determined that the operations incorrectly accounted for certain items, did not account for import duties, and that management was in collusion with certain customers and vendors. The investigation further demonstrated improper and fictitious sales transactions, vendor setup, bribes to government officials, conspiracy by a rival company to solicit members of senior management to work for them, and other accounting improprieties.
- On behalf of the board of a not for profit, investigated allegations of employee misconduct related to a member of the executive team. Through review of 3 years of financial statements, thousands of emails, and other electronic evidence determined that the executive had misappropriated substantial funds. Assisted the company with messaging points to employees and donors about the exit and helped the company with putting together detective controls.
- On behalf of counsel at a Fortune 200 professional services firm, managed a team of professionals on four different continents in the preservation of electronic information involving thousands of tapes, hundreds of custodians and applications.

## Representative financial advisory and insolvency experience

- On behalf of the CFO of a private equity company, assisted with analyzing the financial and operational facets on a portfolio company.

- On behalf of a director of acquisitions of a Fortune 500 logistics company, validated the financial and operational aspects of eight target companies.
- On behalf of the CFO of a private equity firm, created a revenue sensitivity model to forecast EBITDA related to operations. The model provided scenario based assumptions and dynamic updates to project areas that would be impacted.
- On behalf the CFO of a multi-billion dollar logistics company, assisted with analyzing the financials to determine a $35 million dollar cost savings campaign.
- On behalf of an acquirer, performed financial and operational due diligence pertaining to a reinsurance run-off book consisting of liabilities in excess of $500 million.
- Coordinated and managed teams in Europe, India, Asia, and Central/South America related to operational readiness assessments to various types of risk management projects.
- On behalf of counsel for a bankrupt entity, performed an insolvency analysis to determine if fraudulent conveyance had occurred.
- On behalf of the CFO of a Fortune 500 hospitality company, assisted with creating and executing a reorganization plan. Solution consisted of merging operations for over 1,500 hotels, deploying a new software system, determining number of FTE's to maintain, training regional controllers, and creating financial metrics.
- Performed year end audits and special projects for several clients.

## Professional history

| | |
|---|---|
| 2015–Present | *Vice President*, Charles River Associates |
| 2011–2015 | *Navigant* |
| 2002–2011 | *Protiviti* |
| 1997–2002 | *Arthur Andersen* |

**EXHIBIT B**

[redacted]

[redacted]

**EXHIBIT C**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]