UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re Flagstar December 2021 Data Security Incident Litigation | Case No. 4:22-cv-11385<br><br>Hon. Shalina D. Kumar |

## STIPULATED ORDER TO EXTEND THE BRIEFING SCHEDULE FOR FLAGSTAR'S MOTION TO DISMISS

Plaintiffs John Scott Smith, Christopher P. Kennedy, Erin Tallman, Mark Wiedder, Michael McCarthy, Rafael Hernandez, William Worton, Hassan Nasrallah, Nathan Silva, Laurie Ewing Scanlon, Everett Turner, and Allie McLaughlin ("Plaintiffs"), by their undersigned attorneys, and Defendants New York Community Bancorp, Inc., f/k/a Flagstar Bancorp, Inc. and Flagstar Bank, N.A., f/k/a Flagstar Bank, FSB ("Flagstar"), by their undersigned attorneys, (collectively, the "Parties"), state as follows:

1. On June 23, 2023, Plaintiffs, on behalf of themselves and all others similarly situated, filed a Consolidated Class Action Complaint (the "Complaint") asserting eighteen causes of action against Flagstar [Doc. 52].

2. On July 21, 2023, the Court, based on the Parties' stipulations, extended the briefing page limits for Flagstar's Motion and Plaintiffs' Response to Flagstar's

Motion to Dismiss (the "Response") to fifty pages, and ordered Plaintiffs to file their Response by August 23, 2023. Doc. 56.

3. On July 24, 2023, Flagstar filed its 50-page consolidated Motion [Doc. 58] under Fed. R. Civ. P. 12(b)(1) and 12(b)(6). To support its factual challenges to Article III standing under Fed. R. Civ. P. 12(b)(1), Flagstar attached the Declaration of Jennifer Charters[1] [Doc. 58-2] and the Declaration of William Hardin[2] [Doc. 58-3] to the Motion.

4. To respond to the factual allegations raised in Flagstar's Motion relating to Article III standing, Plaintiffs seek to conduct targeted discovery. Plaintiffs served their First Requests for Production of Documents to Flagstar on August 7, 2023, along with Rule 30(b)(6) Deposition Notices for Flagstar and Kroll Associates, Inc. On August 8, 2023, Plaintiffs also served Deposition Notices for William Hardin and Jennifer Charters.

5. On July 29, 2023, counsel for Plaintiffs initiated meet and confer efforts with Flagstar's counsel to request certain targeted discovery and to propose an extended briefing schedule for a consolidated Response to Flagstar's Motion.

---

[1] Ms. Charters is Flagstar's Chief Information Officer and Executive Vice President.
[2] Mr. Hardin serves as the Vice President in CRA International, Inc.'s Forensic Services practice, and was retained on October 18, 2022 to perform research on Flagstar. *See* Doc. 58-3 at ¶ 9. Flagstar submitted a redacted version of Exhibit B on the public docket, and separately submitted an unredacted version under seal. *See* Docs. 59, 60.

6. With respect to Flagstar's Motion, the Parties have agreed to extend the briefing schedule.

7. The Parties stipulate that:

    a. The deadline for Plaintiffs to file their consolidated Response to Flagstar's Motion shall be thirty (30) days after the completion of targeted discovery.

    b. The Parties will meet and confer in good faith regarding any objections to the targeted discovery contemplated herein. If the Parties are unable to reach an agreement, the Parties will promptly bring the dispute to the Court's attention.

    c. The Parties will cooperate in good faith to determine the date on which limited discovery is deemed "complete" for purposes of calculating the deadline for Plaintiffs' Response. If the Parties are unable to reach an agreement, the Parties will promptly bring the dispute to the Court's attention.

    d. The Parties will submit a joint notice notifying the Court of the date on which limited discovery is deemed "complete" within five (5) days of that date.

**IT IS SO ORDERED.**

DATED: August 15, 2023              s/Shalina D. Kumar
                                    Hon. Shalina D. Kumar
                                    U.S. District Court Judge

STIPULATED BY:

| | |
|---|---|
| /s/ *William E. Ridgway* <br> William E. Ridgway <br> Lindsey Sieling <br> **SKADDEN, ARPS, SLATE,** <br> **MEAGHER & FLOM LLP** <br> 155 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> Telephone: (312) 407-0700 <br> Facsimile: (312) 407-0411 <br> William.Ridgway@skadden.com <br> Lindsey.Sieling@skadden.com <br><br> Sean P. McNally (P66292) <br> Jason E. Manning <br> **TROUTMAN PEPPER HAMILTON** <br> **SANDERS LLP** <br> 4000 Town Center, Suite 1800 <br> Southfield, MI 48075 <br> Telephone: (248) 359-7300 <br> Sean.McNally@troutman.com <br> Jason.Manning@troutman.com <br><br> *Counsel for Defendants* | /s/ *John A. Yanchunis* <br> John A. Yanchunis <br> Patrick Barthle <br> **MORGAN & MORGAN** <br> **COMPLEX** <br> **LITIGATION GROUP** <br> 201 N. Franklin Street, 7th Floor <br> Tampa, Florida 33602 <br> (813) 223-5505 <br> jyanchunis@ForThePeople.com <br> pbarthle@ForThePeople.com <br><br> *Interim Co-Lead Class Counsel* <br><br> /s/ *Norman E. Siegel* <br> Norman E. Siegel <br> Barrett J. Vahle <br> Jordan A. Kane <br> **STUEVE SIEGEL HANSON LLP** <br> 460 Nichols Rd., Ste. 200 <br> Kansas City, Missouri 64112 <br> Tel: (816) 714-7100 <br> siegel@stuevesiegel.com <br> vahle@stuevesiegel.com <br> kane@stuevesiegel.com <br><br> *Interim Co-Lead Class Counsel* |