**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re Flagstar December 2021 Data Security Incident Litigation | Case No. 4:22-cv-11385-SDK-KGA<br><br>Honorable Shalina D. Kumar |

**NOTICE OF DISMISSAL OF CLAIMS OF COUSINO PLAINTIFFS**

Plaintiffs Alexis and George Cousino hereby give notice of the dismissal without prejudice of all of their claims in this lawsuit pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). This dismissal does not release claims brought by other putative class members.

Dated:  December 11, 2023

Respectfully submitted,

/s/ *Melissa L. Yeates*
Joseph H. Meltzer
Melissa L. Yeates
Jordan E. Jacobson
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
myeates@ktmc.com
jjacobson@ktmc.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt, Jr. (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com

dal@millerlawpc.com
def@millerlawpc.com

Gretchen Freeman Cappio
Ryan P. McDevitt
Juli Farris
Sydney Read
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
jfarris@kellerrohrback.com
sread@kellerrohrback.com

*Counsel for Plaintiffs Alexis and George Cousino*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023 I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

<i>/s/ Melissa L. Yeates</i><br>
Melissa L. Yeates