# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re Flagstar December 2021 Data Security Incident Litigation | Case No. 4:22-cv-11385<br><br>Hon. Shalina D. Kumar<br>Magistrate Judge Kimberly G. Altman |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.25(b)(2), Barrett J. Vahle respectfully moves to withdraw as counsel of record for Plaintiffs in the above captioned matter due to his departure from Stueve Siegel Hanson LLP. No substitution of counsel is necessary as Plaintiffs continue to be represented by other attorneys of record, including Norman E. Siegel of Stueve Siegel Hanson LLP, who is appointed as Interim Co-Lead Counsel. This withdrawal will not prejudice any party to this matter.

Date: December 21, 2023

Respectfully submitted,

*/s/ Barrett J. Vahle*
Barrett J. Vahle, MO #56674
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
vahle@stuevesiegel.com

*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on December 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

            */s/ Barrett J. Vahle*
            Barrett J. Vahle