# EXHIBIT 4

**FULL DOCUMENT TO BE SEALED**