MIE (Rev.08/2020) Notice of Change of Address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re Flagstar December 2021 Data Security Incident Litigation

Plaintiff(s),

v.

Defendant(s).
_____/

Case No. 2:22-cv-11385-BRM-KGA

Judge Brandy R. McMillion

### NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 11.2, I, Juli Farris, notify the Court that my address has changed as listed below:

**Old Address**

Street Address: 1201 Third Avenue, Suite 3200
City, State, Zip Code: Seattle, WA 98101
Phone Number: (206) 623-1900

**New Address**

Street Address: 1201 Third Avenue, Suite 3400
City, State, Zip Code: Seattle, WA 98101
Phone Number: (206) 623-1900

Note: If you have more than one case, you must file a notice of change of address in each case.

Date: July 31, 2024

/s/ Juli Farris
Signature

Juli Farris
Printed Name

## CERTIFICATE OF SERVICE

I certify that on this date a copy of this notice was served on the following parties and/or counsel of record by first class U.S. mail.

I hereby certify that on July 31, 2024 I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

Date: July 31, 2024

/s/ Juli Farris
Signature

Juli Farris
Printed Name