UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re Flagstar December 2021 Data Security Incident Litigation | Case No. 2:22-cv-11385<br><br>Hon. Brandy R. McMillion<br>Magistrate Judge Kimberly G. Altman |

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATION

This matter coming before the Court on the Parties' Joint Motion to Stay Proceedings Pending Mediation (ECF No. 98), and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the Joint Motion to Stay Proceedings Pending Mediation is **GRANTED**.

**IT IS FURTHER ORDERED** that all litigation deadlines in this matter are **STAYED** and that all pending deadlines are tolled, for ninety (90) days.

**IT IS FURTHER ORDERED** that the parties shall submit a joint status report regarding their settlement efforts on or before July 3, 2025.

**IT IS SO ORDERED.**

DATED: April 4, 2025

s/Brandy R. McMillion
Hon. Brandy R. McMillion
U.S. District Court Judge